UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HOWARD LEE ELLIS, #95288 ) ) ) Plaintiff, ) ) vs. ) ) MEDTRONIC CORPORATION, *et al.*, ) ) Defendants. ) / | 3:10-cv-00516-RCJ-RAM<br><br>**ORDER** |

This is a *pro se* civil rights action, filed pursuant to 42 U.S.C. § 1983. On March 21, 2011, the court issued an order directing plaintiff to file his amended complaint in accordance with the Screening Order dated January 27, 2011 within thirty (30) days (*see* docket #12). The court expressly warned plaintiff that failure to respond to this court's order would result in dismissal of this action. The order was served on plaintiff at his address of record.

More than the allotted time has elapsed and plaintiff has not filed an amended complaint. Accordingly, this entire action is dismissed for failure to comply with the court's order.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED** for the failure of plaintiff to file an amended complaint.

**IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT** accordingly and close this case.

DATED this 11th day of May, 2011.

\

_____
UNITED STATES DISTRICT JUDGE