AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____DISTRICT OF___NEVADA_____

HOWARD LEE ELLIS,

                Plaintiff,

    V.

MEDTRONIC CORPORATION, et al.,

            Defendants.

### JUDGMENT IN A CIVIL CASE

CASE NUMBER**: 3:10-cv-00516-RCJ-RAM**

___     **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___     **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

_X_     **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED for the failure of plaintiff to file an amended complaint.

_May 12, 2011_____
    Date

**LANCE S. WILSON**
      Clerk

/s/   M. Campbell_____
      Deputy Clerk